MARY LAMOUR, Appellant, v. LAWRENCE R. LAMOUR, Respondent.— Order denying motion for a physical examination of defendant before trial reversed on the law and the facts, without costs, motion granted, without costs, and matter remitted to the Special Term for designation of one or more physicians to conduct the examination, as well as fixation of time and place. We are of opinion that in actions of this character an application for a physical examination, upon proper facts, should be granted as a matter of public policy, and that orderly procedure is better served by having the examination take place prior to the trial. Hagarty, Davis, Johnston and Taylor, JJ., concur; Lazansky, P. J., not voting.

SAMUEL LASKIN and LARRY LASKIN, Appellants, and HAMILTON CLEANERS CORPORATION, Plaintiff, v. LEO A. BERCOW, Respondent, and Others, Defendants. — Judgment entered in a consolidated action in favor of defendant Leo A. Bercow, dismissing the complaint, directing the delivery to said defendant of certain shares of stock, and providing for other equitable relief based upon the breach by plaintiffs Laskin of a contract for the purchase of a cleaning and dyeing business unanimously affirmed, with costs. No opinion. Present — Carswell, Davis, Adel and Close, JJ.; Lazansky, P. J., not voting.

WALTER McMEEKAN, as Trustee under a Declaration of Trust Dated the 12th Day of December, 1935, and Filed in the Office of the Clerk of the County of Kings, Appellant, v. CONEY ISLAND HOTEL CORPORATION and Others, Defendants-Respondents; JAMES J. McLOUGHLIN, Receiver-Respondent.— Order denying motion of the plaintiff in a foreclosure action (1) to vacate an order authorizing the receiver of the rents and profits of the mortgaged premises to sue the plaintiff, (2) to direct the discontinuance of any and all actions instituted pursuant to such authorization, and (3) to compel the receiver to file a final account, affirmed, with ten dollars costs and disbursements. No opinion. Carswell, Adel, Taylor and Close, JJ., concur; Lazansky, P. J., not voting.

MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Respondent, v. LEBAM HOLDING CORP. and Others, Defendants; P. & L. GARAGE, INC., Appellant.— In a mortgage foreclosure action, order striking out the answer of defendant P. & L. Garage, Inc., granting summary judgment under rule 113 of the Rules of Civil Practice, and dismissing the counterclaim, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Adel and Close, JJ., concur; Hagarty, J., dissents and votes to reverse and to deny the motion, with the following memorandum: Upon the facts alleged, I am of opinion that the plaintiff is estopped from contesting the defendant-appellant's rights under its lease, executed not only by the owner but by the mortgagee, Lawyers Title and Guaranty Company, in possession under an assignment of rents agreement.

GERTRUDE MUSSO, Respondent, v. LAWRENCE MUSSO, Appellant.— Order confirming report of official referee and modifying final judgment of divorce so as to include therein a provision for payment of alimony to plaintiff in the sum of five dollars per week beginning November 30, 1936, affirmed, with fifty dollars costs and disbursements. No opinion. Hagarty, Davis, Johnston and Taylor, JJ., concur; Lazansky, P. J., not voting.